UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RICHARD DIAB,

    Plaintiff,

v.                                                                    Civ. No. 16-1002 MCA/GJF

FNU BACA, et al.,

    Defendants.

## FINAL ORDER GRANTING EXTENSION OF TIME

THIS MATTER is before the Court on Plaintiff's "Request to Respond to Defendants['] Document 73" ("Motion"). ECF No. 74. Upon reviewing the record, the Court notes that on December 15, 2017, Plaintiff was ordered to file his response to Defendants' *Martinez* Report [ECF No. 60] no later than January 12, 2018. ECF No. 69. Plaintiff elected not to do so, and instead filed numerous other documents [*see* ECF Nos. 65, 66, 70, 71, 72], none of which appear to be a response to Defendants' *Martinez* Report. Defendants, in contrast, complied with the Court's Order and filed their Reply on January 26, 2018. ECF No. 73; *see* ECF No. 69.

Thus, to date, Plaintiff has failed to comply with this Court's Order of December 15, 2017. By the filing of the instant Order, the Court hereby places Plaintiff on notice that continued failure to ignore Court Orders will result in consequences **up to and including the dismissal of his case**.

Nevertheless, the Court will **GRANT** Plaintiff's Motion and allow Plaintiff one final attempt to respond to Defendants' *Martinez* Report. Plaintiff **SHALL FILE** his response to Defendants' *Martinez* Report **no later than February 16, 2018.** Defendants shall have until **March 2, 2018**, to file a reply.

1

No further extensions of these deadlines shall be allowed.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE